**Order filed November 3, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00592-CV
_____

**JAMIE A. ROBINSON, AS Beneficiary on behalf of the Jamie A. Robinson 1967 Trust, JAMIE ROBINSON, Individually, JAMIE A. ROBINSON, as Beneficiary on Behalf of Irrevocable Grantor Trust No. 6, FIGHTERTOWN, INC., 906 TOULOUSE STREET, LLC, JIM A. ROBINSON FOUNDATION, INC., and DILLAGAF, INC., Appellants**

**V.**

**EDWARD A. RENN & WITHERS BERGMAN, LLP, Appellees**

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 225.643-403**

## O R D E R

Appellants' brief was originally due August 8, 2011. Appellants requested and were granted an extension of time to file their brief until **October 7, 2011.** No brief or further motion for extension of time has been filed.

Unless appellants file a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **November 18, 2011**, the court will dismiss the appeal for want of prosecution.   *See* Tex. R. App. P. 42.3(b).


PER CURIAM